JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIFANIO S. MUNIZ,<br><br>          Plaintiff,<br><br>   vs.<br><br>UNITED PARCEL SERVICE, INC. an Ohio corporation, TEAMSTERS LOCAL 952, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. SACV11-00738 JVS (RNBx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

# **ORDER**

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that this case is DISMISSED as follows: (1) the claims of Plaintiff Epifanio S. Muniz are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. Rule 41(a)(1); and (2) each party is responsible for its own attorneys' fees and costs.

DATED: October 05, 2011

_____
Hon. James V. Selna

Respectfully submitted,

DATED: October 4, 2011        JAMES A. ZAPP
                              LISA M. PAEZ
                              PAUL HASTINGS LLP

                              By: _____/s/ Lisa M. Paez_____
                                        Lisa M. Paez
                              Attorneys for Defendant
                              UNITED PARCEL SERVICE, INC.